E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4808
    E-mail: christopher.vieira@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DANA SUE GARDNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:23-cv-02480-SP<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand Pursuant to 42.U.S.C. § 405(g) Sentence Four ("Stipulation to Remand") lodged concurrent with the lodging of this Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 28, 2024

          HON. SHERI PYM
          UNITED STATES MAGISTRATE JUDGE